UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 88-Cr-822 (SHS) |
| -v- | : | <u>ORDER</u> |
| WILLIAM R. UNDERWOOD, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant having filed a motion to reduce sentence [Doc. No. 185],

    IT IS HEREBY ORDERED that the government shall respond to the motion on or before May 22, 2020.

Dated: New York, New York
       May 13, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.