UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> **WILLIAM R. UNDERWOOD** <br><br> Defendant. | Case No. 1:88-CR-00822 (SHS) |

## ORDER

AND NOW, this __22nd__ day of June, 2020 it is hereby ORDERED that the application of Derek L. Shaffer, Esquire, to practice in this court pursuant to Local Rule 1.3 is GRANTED.

BY THE COURT:

Dated: New York, New York
June 22, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.